UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN ZIELINSKI, et. al., | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:06-cv-1364 (JCH) |
| TYMETRIX, INC., et. al., | : | |
|     Defendants | : | MARCH 13, 2007 |

## RULING ON DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFFS' MOTION TO AMEND/CORRECT AMENDED COMPLAINT [Doc. Nos. 9, 11, & 15]

On January 16, 2007, the defendants, Tymetrix, Inc. and Robert Heinemann, each filed a Motion to Dismiss [Doc. Nos. 9 & 11, respectively] on the grounds that there was no subject matter over plaintiffs' Amended Complaint [Doc. No. 4] because it did not assert complete diversity between the plaintiffs and the defendants. The Amended Complaint listed plaintiffs Steven Zielinski and Nancy Doyle as both residing in Connecticut.[1]  See Amended Compl. at ¶ 4-5.  Defendant Tymetrix, Inc. is a Delaware corporation with a principal place of business in Hartford, Connecticut.  Id. at ¶ 6.  Defendant Robert Heinemann is a resident of Florida.  Id. at ¶ 7.

On February 16, 2007, in response to defendants' Motions to Dismiss, plaintiffs filed a Motion to Amend/Correct Amended Complaint [Doc. No. 15] that removed Tymetrix, Inc. as a defendant, thereby curing the deficiency.  The court GRANTS the plaintiffs' Motion to Amend/Correct Amended Complaint **[Doc. No. 15]**, and thereby DENIES defendants' Motions to Dismiss **[Doc. Nos. 9 & 11]** as moot because there is

---

[1]The court notes that it is citizenship and not residency that determines diversity.  See 28 U.S.C. § 1332(a)(1).

now complete diversity between plaintiffs Zielinski and Doyle and defendant Heinemann.

However, the court orders the plaintiffs to file, within 10 days of this Order, a Third Amended Complaint, alleging, if they can, the diverse citizenship of the parties.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 13th day of March, 2007.


    /s/ Janet C. Hall
Janet C. Hall
United States District Judge